IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE HEALTH INSURANCE INNOVATIONS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) | Lead Case No. 18-519-RGA  (Consolidated with Case No. 18-527-RGA and Case No. 19-1206-RGA) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedure 23.1 and 41(a)(1)(A)(ii), all claims asserted in the above-captioned action are voluntarily dismissed without prejudice on the basis that Nominal Defendant Benefytt Technologies Inc. has been acquired in a transaction that closed on August 21, 2020, leaving this action with neither a nominal defendant nor a stockholder with standing.  Each party shall bear its own fees and costs.

| ASHBY & GEDDES, P.A | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Troupe F. Mickler IV* | */s/ Thomas W. Briggs, Jr.* |
| Stephen E. Jenkins (#2152) | William M. Lafferty (#2755) |
| F. Troupe Mickler IV (#5361) | Thomas W. Briggs, Jr. (#4076) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 654-1888 | Wilmington, DE 19899 |
| sjenkins@ashbygeddes.com | (302) 658-9200 |
| tmickler@ashbygeddes.com | wlafferty@mnat.com |
| *Attorneys for Plaintiff Rebecca Leary* | tbriggs@mnat.com |
| | *Attorneys for Defendants Gavin T. Southwell, Michael W. Kosloske, Michael D. Hershberger, Paul E. Avery, Anthony J. Barkett, Paul Gabos, Robert Murley, Bruce A. Telkamp, and Sheldon Wang and Nominal Defendant Health Insurance Innovations, Inc.* |

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
   *Attorneys for Plaintiffs Ian DiFalco and Dayle Daniels*

O'KELLY & ERNST, LLC

*/s/ Ryan M. Ernst*
Ryan M. Ernst
824 N. Market St., Suite 1001A
Wilmington, DE 19801
(302) 778-4000
rernst@oelegal.com
   *Attorneys for Plaintiff Melvyn Klein*

September 3, 2020

SO ORDERED this ___ day of September, 2020, that:

   1.   The claims in the above-captioned action are dismissed without prejudice with each party to bear its own fees and costs; and

- 3 -

2.     For good cause shown, no notice of this dismissal need be provided to the stockholders of Nominal Defendant.

                                                                                                                _____
                                                                                                                Richard G. Andrews
                                                                                                                United States District Court Judge